COM.

v.

JONES, J.

1339 MDA 2016

Superior Court of Pennsylvania.

03/10/2017

Reargument Denied 5/18/2017

CP–67–CR–0005974–2011 (York)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

HARTLEB, R.

1823 WDA 2015

Superior Court of Pennsylvania.

03/10/2017

CP–25–CR–0000856–2013
CP–25–CR–0001217–2013
(Erie)

Affirmed

COM.

v.

THOMAS, K.

1613 MDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–67–CR–0001142–2015 (York)

Affirmed

COM.

v.

KING, D.

105 WDA 2016

Superior Court of Pennsylvania.

3/10/2017

CP–02–CR–0016756–2012
(Allegheny)

Affirmed—Application to Withdraw as Counsel Granted